**Motion Granted and Abatement Order filed June 21, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00284-CV
_____

**JOSEPH FRIED, Appellant**

**V.**

**PAUL HARLAN & ROBERT COLLINS, Appellees**

___

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2016-12069**

___

## ABATEMENT ORDER

On June 18, 2018, appellant filed an unopposed motion to abate this appeal. The motion states the parties have reached a settlement agreement and are in the process of finalizing the agreement. Appellant asks that the appeal be abated for completion of the settlement. The motion is **GRANTED**.

The appeal is abated, treated as a closed case, and removed from this court's active docket until **<u>August 20, 2018</u>**. The appeal will be reinstated on this court's active docket on or after that date, or when the parties file a motion to dismiss the

appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.


PER CURIAM